UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| CATHY T. MRAZEK,<br><br>　　　　　Plaintiff,<br>vs.<br><br>DOLGENCORP, LLC, d/b/a<br>DOLLAR GENERAL,<br><br>　　　　　Defendant. | No. 13 cv 133 EJM<br><br>ORDER |

This matter is before the court on the parties' joint motion to approve settlement, filed January 30, 2015. Granted; settlement approved.

Plaintiff brought this case under the Fair Labor Standards Act (FLSA) alleging that she was mis-classified as an exempt employee and under-paid accordingly. Jurisdiction based on 28 U.S.C. §1331.

The parties have reached agreement on settlement, and seek the court's approval of the settlement as reasonable, as required by 29 U.S.C. §216(c). Lynn's Food Stores v. U.S., 679 F.2d 1350 (11th Cir. 1982); Copeland v. ABB, Inc., 521 F.3d 1010, 1014 (8th Cir. 2008.)

The terms of the settlement agreement have now been filed with the court, under seal. After review, and considering the risks and costs of trial, the fact that the agreement was negotiated at arms' length by experienced attorneys, and the fact that both parties urge its approval, the court agrees that the settlement is reasonable under the circumstances.

1

It is therefore

ORDERED

Granted. Settlement approved.

March 23, 2015

*Edward J. McManus*
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT